1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  428 J St., Suite 350
   Sacramento, CA 95814
3  (916) 443-7141

4
   Attorney for Defendant,
5  TAMMY BROWN

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )     No. CR S 11 0327 MCE
10                                  )
           Plaintiff,               )     STIPULATION AND
11                                  )     ORDER CONTINUING
       v.                           )     SENTENCING DATE
12                                  )
   TAMMY BROWN,                     )
13                                  )
           Defendant.               )
14 _____)

15      It is hereby stipulated by and between Timothy Warriner, counsel for defendant Tammy

16 Brown, and Kyle Reardon, Assistant United States Attorney, counsel for the government, that the

17 sentencing hearing now set for October 11, 2012, be vacated, and that judgment and sentencing

18 be set for **November 8, 2012, at 9:00 a.m.** Said continuance is requested in order to afford

19 defense counsel additional time to prepare for the sentencing hearing. The U.S. Probation officer

20 has been advised of the new sentencing date and has no objection thereto.

21
   Dated: September 26, 2012        /s/ Timothy E. Warriner, Attorney for Ms. Brown
22
   Dated: September 26, 2012        /s/ Kyle Reardon, Assistant United States Attorney for
23                                  The Government

24

25

26

27

28

<u>ORDER</u>

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the October 11, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on November 8, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2