UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Judge<br>Sacramento, California | RE: **Tammy Rena Brown**<br>**Docket Number: 0972 2:11CR00327-005**<br><u>**PERMISSION FOR DISCLOSURE OF**</u><br><u>**INFORMATION PURSUANT TO**</u><br><u>**LOCAL RULE 460(b) AND/OR 461(b)**</u> |

Your Honor:

The Sacramento County Coroner's Office is seeking the disclosure of confidential records maintained by the probation office. Ms. Brown passed away on Sunday, April 3, 2016. It appears she died of natural causes; however, the Coroner's office is requesting information related to her drug screenings and medications to rule out anything else.

**Specific Records Requested:** Drug test results.

**Purpose/Need for Release of Information:** To further investigate the decedent's cause of death.

**Conviction and Sentencing Date:** On December 7, 2012, Tammy Rena Brown was sentenced for the offense of Misprison of a Felony

**Sentence Imposed:** 36 months BOP and one year TSR

**Response to Supervision:** No positive drug tests while on supervision.

**Recommendation:** The probation officer recommends that the Court allow the officer to respond that the offender was on drug testing. Further, from September 2015, until her death, she submitted no positive drug tests.

1

RE: **Tammy Rena Brown**
    **Docket Number:  0972 2:11CR00327-005**
    <u>**PERMISSION FOR DISCLOSURE OF INFORMATION**</u>
    <u>**PURSUANT TO LOCAL RULE 460(b) AND/OR 461(b)**</u>

Respectfully submitted,

/s/ Karen Y. Lucero
Karen Y. Lucero
United States Probation Officer

Dated:   April 11, 2016
         Sacramento, California

REVIEWED BY:    /s/ George A. Vidales
                George A. Vidales
                Supervising United States Probation Officer

## ORDER OF THE COURT

☒   Approved       ☐   Disapproved

Dated:  April 13, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

REV.  07/2015
PERMISSION FOR DISCLOSURE_COURT MEMO.DOTX